# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )     CASE NUMBER ___08mj 660___

             vs )     ABSTRACT OF ORDER

Francisco Del Toro )     Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

    Be advised that under date of___3/10/08_____

the Court entered the following order:

___✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

                   and released from custody.

___✓_____ Defendant released on $ __15,000__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

            _____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____ **CATHY ANN BENCIVENGO**

                                  UNITED STATES MAGISTRATE JUDGE

                                        OR

Received_____     W. SAMUEL HAMRICK, JR.  Clerk

           DUSM                  by

                                            Deputy Clerk

Crim-9   (Rev 6-95)                                 ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**

U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA 2008 MAR 10 P 3: 22 RECEIVED