**PLEASE RECEIPT AND RETURN**

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
)
Plaintiff  )
)
vs.  )
)
Francisco Del Toro  )
)
)
Defendant(s)  )
)

CRIMINAL NO. _08mj 660_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Manuel Leyva-Romero

DATED: 3/14/08

RECEIVED
2008 MAR 14 A 2: 30
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____
DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082