UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff         )<br>                              )<br>vs.                        )<br>Francisco Del Toro, et al )<br>        Defendant(s)        ) | 08cr899 BTM<br><br>CRIMINAL NO. 08mj660<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

          On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

          IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Felipe Barba - Gonzalez

DATED: 3/28/2008

                                                                            CATHY ANN BENCIVENGO

                                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                        OR
            DUSM

                                      W. SAMUEL HAMRICK, JR. Clerk
                                                  by
                                                         Deputy Clerk