JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANCISCO DEL TORO (1),<br><br>　　　　Defendant. | CASE NO. 08 cr 0899-BTM<br><br>NOTICE OF MOTION AND MOTIONS FOR:<br>　(1) DISCOVERY;<br>　(2) SUPPRESS STATEMENTS<br>　(3) LEAVE TO FILE FURTHER<br>　　　MOTIONS<br><br>Date: May 9, 2008<br><br>Time: 1:30 p.m. |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY, AND REBECCA KANTER, ASSISTANT U.S. ATTORNEY:

　　　PLEASE TAKE NOTICE that at the above-referenced time in the above-referenced department, the defendant FRANCISCO DEL TORO will ask the court to grant the following motions:

I.

MOTIONS

　FOR DISCOVERY;

　TO SUPPRESS STATEMENTS

　FOR LEAVE TO FILE FURTHER MOTIONS;

/ / /

1

-　08 cr 0899-BTM

1  FRANCISCO DEL TORO will base these motions on the following
2  authority: the Fourth, Fifth, and Sixth Amendments to the U.S. Constitution; this
3
4  notice of motions and motions; the points and authorities filed with this notice
5  of motions and motions; and, any other matter that he may raise at the time of
6
7  these motions.
8
   Dated:   April 25, 2008              Respectfully submitted,
9
10
11                                       /S/ John D. Kirby
                                         John D. Kirby
12                                       Attorney for FRANCISCO DEL TORO
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                      2

                                                    -   08 cr 0899-BTM