AO 455 (Rev. 5/85)  Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

**FILED**

MAY 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| FRANCISCO DEL TORO, et. al | CASE NUMBER: 08cr0899-BTM |

I, Francisco Del Toro, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens For Financial Gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed superseding information, and of my rights, hereby waive in open court on ___May 12, 2008___ my right to prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer