JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

       Plaintiff,

   vs.

FRANCISCO DEL TORO,

       Defendant.

CASE NO. 08 cr 0899-BTM

MOTION FOR MODIFICATION OF
DEFENDANT'S CONDITIONS OF
PRETRIAL RELEASE

COMES NOW the Defendant, FRANCISCO DEL TORO, through his attorney, John David Kirby, respectfully requesting that his travel condition restricting travel to the Southern District of California be modified to allow him to travel to the Republic of Mexico on August 15, 2008, to visit his mother, who is ill. AUSA Rebecca Kantor and Pretrial Services have been contacted and has no opposition to this travel modification. The surety for the defendant has also be contacted and similarly has no opposition.

Defendant has also been instructed to report to Pretrial Services upon his return from Mexico.

Dated

                               /s/ John D. Kirby
                               Attorney for FRANCISCO DEL TORO

1

                                      -   08 cr 00899-BTM