```
JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCO DEL TORO, <br><br> Defendant. | CASE NO. 08 cr 0899-BTM <br><br> DECLARATION OF BALOMERO SANCHEZ |

I, BALDOMERO SANCHEZ, declare as follows:

1. I am a surety in the case of United States v. Francisco Del Toro.

2. I am aware that Francisco Del Toro, wishes to travel to Tijuana, Mexico, on August 15, 2008, to visit his mother.

3. I have no objection to the Court granting him permission to travel to Mexico on August 15, 2008.

I declare under penalty of perjury that the above is true and correct. Executed in San Diego, California.

Dated:

_____
BALDOMERO SANCHEZ

1

- 08 cr 00899-BTM

JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 08 cr 0899-BTM |
| Plaintiff, | |
| vs. | DECLARATION OF RAUL DEL TORO |
| FRANCISCO DEL TORO, | |
| Defendant. | |

I, RAUL DEL TORO, declare as follows:

1.  I am a surety in the case of United States v. Francisco Del Toro.

2.  I am aware that my brother, Francisco Del Toro, wishes to travel to Tijuana, Mexico, on August 15, 2008, to visit our mother.

3.  I have no objection to the Court granting him permission to travel to Mexico on August 15, 2008.

I declare under penalty of perjury that the above is true and correct. Executed in San Diego, California.

Dated: _____

_____
Raul Del Toro

1

- 08 cr 00899-BTM