UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANCISCO DEL TORO,<br><br>        Defendant. | CASE NO. 08 cr 0899-BTM<br><br>ORDER |

It is hereby ordered that defendant FRANCISCO DEL TORO be allowed to travel to the Republic of Mexico on August 15, 2008.

IT IS SO ORDERED.

Dated: August 14, 2008

                                       Hon. BARRY TED MOSKOWITZ
                                       United States District Court Judge