JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 08 cr 0899-BTM |
| Plaintiff, | |
| vs. | JOINT MOTION TO CONTINUE |
| FRANCISCO DEL TORO (1), | SENTENCING |
| Defendant. | |

**COMES NOW** the parties, Rebecca Kanter, Assistant United States Attorney, and John Kirby, attorney for Francisco Del Toro, respectfully requesting that sentencing date as to Francisco Del Toro be continued to October 3, 2008, at 9:00 a.m. Defendant Del Toro will file a acknowledgment of this new court date.

Dated:  08/19/08          /S/ Rebecca Kanter (by consent)

Assistant United States Attorney

Dated:  08/19/08          /S/ John D. Kirby

Attorney for Defendant FRANCISCO DEL
TORO

1

-    08 cr 0899-BTM