JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 08 cr 0899-BTM |
| Plaintiff, | **ACKNOWLEDGEMENT OF NEXT COURT DATE** |
| vs. | |
| FRANCISCO DEL TORO. | |
| Defendant. | |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the defendant FRANCISCO DEL TORO hereby acknowledges that his next court date is October 3, 2008 at 9:00 a.m.

Dated: _____

_____
FRANCISCO DEL TORO

- 08 cr 0899-BTM