JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO DEL TORO,<br><br>    Defendant. | CASE NO. 08 cr 0899-BTM<br><br>MOTION FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |

COMES NOW the Defendant, FRANCISCO DEL TORO, through his attorney, John David Kirby, respectfully requesting that his travel condition restricting travel to the Southern District of California be modified to allow him to travel to the Republic of Mexico on August 29, 2008, to seek medical treatment for his eye, which was injured while he was at work. AUSA Rebecca Kantor and Pretrial Services have been contacted and has no opposition to this travel modification. The sureties for the defendant have also been contacted and similarly have no opposition. Both sureties will execute declarations stating their non-opposition to Mr. Del Toro's request to travel to Mexico for medical treatment.

Defendant has been instructed to contact Pretrial Services prior to leaving for Tijuana, Mexico, and also upon his return from Mexico.

Dated: 08/28/08

                              /s/ John D. Kirby_____
                              Attorney for FRANCISCO DEL TORO

-    08 cr 00899-BTM