1
2
3
4
5
6
7



FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

8      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
9

10    UNITED STATES,                          CASE NO. 08 cr 0899-BTM

11              Plaintiff,                    ORDER

12         vs.

13    FRANCISCO DEL TORO,

14              Defendant.

15

16         It is hereby ordered that the sentencing of defendant FRANCISCO DEL TORO now set

17    for August 22, 2008, be continued to October 3, 2008, at 9:00 a.m.  Defendant shall file an

18    acknowledgment of next court date.

19

20    IT IS SO ORDERED.

21    Dated:  August 25, 2008

22                                            By: _____
23                                                Hon. BARRY TED MOSKOWITZ
                                                  United States District Court Judge
24

25

26

27

28

1

-     08 cr 00899-BTM