JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 08 cr 0899-BTM |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| FRANCISCO DEL TORO, | |
| Defendant. | |

It is hereby ordered that Defendant FRANCISCO DEL TORO be allowed to travel to the Republic of Mexico on August 29, 2008, to seek medical treatment. Travel not to exceed <u>four days</u>. Defendant is to contact Pretrial Services prior to traveling to Mexico, and upon his return from Mexico.

IT IS SO ORDERED.

Dated: August 28, 2008

By: _____
Hon. CATHY ANN BENCIVENGO
United States Magistrate Judge

1

- 08 cr 00899-BTM