JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>vs.<br><br>FRANCISCO DEL TORO,<br><br>  Defendant. | CASE NO. 08 cr 0899-BTM<br><br>DECLARATION OF RAUL DEL TORO |

I, RAUL DEL TORO, declare as follows:

1. I am a surety in the case of <u>United States v. Francisco Del Toro</u>.

2. I am aware that my brother, Francisco Del Toro, wishes to travel to Tijuana, Mexico, on August 29, 2008, to seek medical treatment for an injured eye.

3. I have no objection to the Court granting him permission to travel to Mexico on August 29, 2008.

I declare under penalty of perjury that the above is true and correct. Executed in San Diego, California.

Dated:                                       *Raul Del Toro*
                                             Raul Del Toro

1

- 08 cr 00899-BTM