1
2   I, the undersigned, declare under penalty of perjury that I am over the age of 18
3   years and not a party to the above-entitled action and that my address is set out
4   above; and that I served the attached pleading in the following manner:
5   I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed
6   a copy to the Defendant.
7   I declare under penalty of perjury that the forgoing is true and correct.
8
9   Dated: August 29, 2008            /s/ *John Kirby*
                                       John Kirby
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 07 cr 2372-IEG