JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for FRANCISCO DEL TORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 08 cr 0899-BTM |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF BALOMERO SANCHEZ |
| FRANCISCO DEL TORO, | |
| Defendant. | |

I, BALDOMERO SANCHEZ, declare as follows:

1.     I am a surety in the case of <u>United States v. Francisco Del Toro</u>.

2.     I am aware that Francisco Del Toro, wishes to travel to Tijuana, Mexico, on August 29, 2008, to seek medical treatment for an injured eye.

3.     I have no objection to the Court granting him permission to travel to Mexico on August 29, 2008.

I declare under penalty of perjury that the above is true and correct. Executed in San Diego, California.

Dated:

_____
BALDOMERO SANCHEZ

1

- 08 cr 00899-BTM